# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EZRA STOKES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-8427** |
| **ST. TAMMANY SHERIFF DEPARTMENT COVINGTON, ET AL.** | **SECTION: "S"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the St. Tammany Parish Sheriff's Office are **DISMISSED WITH PREJUDICE** as frivolous and for otherwise failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 5th day of March, 2010.

_____
**UNITED STATES DISTRICT JUDGE**